In the Matter of the Claim of J. Nelson Abrams, Appellant, against County of Albany et al., Respondents. State Industrial Board, Respondent.—

Hill, P. J., Crapser, Heffernan and Schenck, JJ., concur; Bliss, J., taking no part.

In the Matter of the Claim of VIOLA BILSKI et al., Respondents, against MAXIM BOBINSKI et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of ARTHUR GROSS, Appellant, against CAPITOL HAT BLOCK CO., INC., et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of JOSEPH SPINA, Respondent, against WILLIAM E. BUTLER, as Successor Trustee, Appellant. ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE CO., LTD., Respondent. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claims of KARL GNERICH et al. CENTURY METALCRAFT CORPORATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— All concur.